IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**SHAUN M. SMILEY,**  6:15-CV-00086-BR

    **Plaintiff,**  JUDGMENT OF REMAND

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

    Based on the Court's Opinion and Order issued June 3, 2016, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), for further administrative proceedings.

    DATED this 3rd day of June, 2016.

    /s/ Anna J. Brown

    ANNA J. BROWN
    United States District Judge

1 - JUDGMENT OF REMAND